United States Court of Appeals
Fifth Circuit

**F I L E D**

August 18, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-51394
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN RODRIGUEZ-PUENTE,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-03-CR-325-1-AML
--------------------

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

      Appealing the Judgment in a Criminal Case, Juan Rodriguez-
Puente concedes that the arguments raised are foreclosed by
circuit precedent but seeks to preserve them for further review.
The Government has moved for summary affirmance in lieu of filing
an appellee's brief.  The motion is GRANTED, and the judgment of
the district court is AFFIRMED.

_____

      [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.